IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS -- WICHITA

KANSAS WHEAT ALLIANCE, INC.
KANSAS STATE UNIVERSITY
RESEARCH FOUNDATION,
and WESTBRED, LLC

    *Plaintiffs*,

vs.

STEVE RIFFEL, RANDY RIFFEL,
RIFFEL FARMS, INC. and
JOHN DOES 1-50,

    *Defendants.*

CASE NO. 6:09-cv-01121-MLB-DWB

## CONSENT JUDGMENT

Plaintiffs Kansas Wheat Alliance, Inc. ("KWA"), Kansas State University Research Foundation ("KSURF") and WestBred, LLC ("WestBred") (collectively, the "Plaintiffs") have instituted an action for damages and injunctive relief against defendants Randy Riffel, Steve Riffel, Riffel Farms, Inc., (collectively, "Defendants Riffel") and John Does 1-50 for unauthorized use of Plaintiffs' proprietary wheat varieties in violation of Plaintiffs' rights under the Plant Variety Protection Act, 7 U.S.C. § 2481 et seq. (hereinafter "PVPA").

**IT IS HEREBY STIPULATED AND AGREED** on this ____ day of May 2009, by and between the "Parties," that:

    A.    The Parties stipulate and agree that this Court is the proper court of venue and jurisdiction for the action alleged in Plaintiffs' *Complaint* and other pleadings pursuant to, *inter alia*, 28 U.S.C. §§ 1331, 1338, 1367, and 1391;

B. The Parties have read and reviewed the stipulations and terms of this *Consent Judgment and Injunction* and understand the nature, terms, and contents of this *Consent Judgment and Injunction*;

C. Defendants stipulate and agree that Plaintiffs own or license valid and enforceable intellectual property rights to the wheat seed protected by virtue of various U.S. Plant Variety Protection Act Certificates;

D. Defendants stipulate and agree that they have infringed Plaintiffs' certificates of plant variety protection;

E. Defendants stipulate and agree that their actions as set forth in Plaintiffs' *Complaint* were undertaken with intentionality, proper notice, and willful malice and disregard for the property rights of the Plaintiffs and have caused irreparable harm to Plaintiffs; and

F. Defendants accept the following terms and conditions for purposes of settlement of this case and consents to the entry of a final Judgment according to such terms and conditions stated below, and Defendants agree to be subject to the continuing jurisdiction of the United States District Court in which the lawsuit is situated to enforce the terms of this *Consent Judgment and Injunction*. Accordingly, it is agreed by the Parties that a final Judgment should be entered in this cause adopting the following terms.

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT** this *Consent Judgment and Injunction* shall be entered and Defendants shall immediately inform all successors, assigns, officers, agents, employees, representatives, and all other entities or persons in active concert or participation with Defendant of the followings terms and conditions of this *Consent Judgment and Injunction*:

## INJUNCTION

1. **PROHIBITED ACTIVITIES UNDER THE PLANT VARIETY PROTECTION ACT.** Defendants and all successors, assigns, officers, agents, employees, representatives, and all other entities or persons in active concert or participation with Defendants are hereby enjoined and permanently restrained from selling or marketing as seed or for replanting of all varieties owned or licensed by Plaintiffs. The growing and harvesting for grain legally obtained wheat varieties owned by Plaintiffs is expressly permitted.

2. **RIGHT OF INSPECTION.** Plaintiffs, by and through an agent, representative, and/or attorneys, shall have the right to inspect the business and farming records documents and physical premises of Defendants, including fields, buildings, storage facilities, and other locations under the ownership or control of Defendants, his successors, assigns, officers, agents, employees, representatives, and/or all other entities or persons in active concert or participation with Defendants. The right of inspection shall include the opportunity to take representative samples of crops, stored seed, or bagged seed. The right of inspection shall also include the right

to make undercover purchases. The right of inspection shall expire three (3) years following entry of this *Consent Judgment and Injunction*.

## AWARD OF DAMAGES TO PLAINTIFFS

3.  **AWARD TO PLAINTIFF.** Defendants shall be liable jointly and severally to KWA for damages in the amount of one hundred thousand dollars ($100,000.00) for the purposes of rectifying the harm to KWA caused by Defendants. Defendants shall be liable jointly and severally to Westbred for damages in the amount of fifty thousand dollars ($50,000) for the purposes of rectifying the harm to Westbred caused by Defendants.

4.  **DEFENDANTS' COSTS.** Each party shall bear their own attorneys' fees and costs.

## RELEASE OF CLAIMS

5.  **RELEASE OF CLAIMS AND WAIVER OF TRIAL BY DEFENDANTS.** The Parties release and relinquish all rights, benefits, causes of action, and claims, if any, arising out of or pertaining to Defendants' unauthorized sale and use of Plaintiffs' wheat varieties, including release of Plaintiffs' authorized agents or attorneys, releasing all such claims occurring prior to the execution of this *Consent Judgment and Injunction* and which arise out of or relate to the matters which form the basis of Plaintiffs' *Complaint*. Further, Defendants waive the right to trial and appeal of all rights, benefits, causes of action, and claims arising out of or relating to the subject matter forming the basis of Plaintiffs' *Complaint*.

**IT IS SO ORDERED.**

                                                              s/ Monti Belot
                                                      UNITED STATES DISTRICT JUDGE

Dated this  1st  day of  June  , 2009.

AGREED TO AND ACCEPTED:

_____
Steve Riffel

_____
Randy Riffel

_____

Riffel Farms, Inc.

_____ 5/18/09
WESTBRED, LLC


_____
KANSAS WHEAT ALLIANCE, INC.
By Daryl Strouts, Director

Riffel Farms, Inc.

_____
WESTBRED, LLC

*[signature: Daryl Strouts]*
_____
KANSAS WHEAT ALLIANCE, INC.
By Daryl Strouts, Director

*[signature: Marcia Molina]*
Kansas State University
Research Foundation
By: Marcia Molina, Vice President

*BASF v. Arnold et al. Consent Judgment*                              Page 4 of 4